**Order entered October 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00967-CV

**VANGRETA COOK, Appellant**

**V.**

**MENGJIN DONG AND SHUKUN TIAN, Appellees**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-01642-2015**

## ORDER

By letter dated October 7, 2015, Collin County Clerk Stacey Kemp requests an extension of time to file the clerk's record, explaining appellant has failed to pay the clerk's fee. Collin County online records, however, reflect appellant filed an affidavit of indigence that was not contested and allows her to proceed without pre-payment of costs. *See* TEX. R. APP. P. 20.1(f). Accordingly, we **DENY** the extension request and **ORDER** Ms. Kemp file the clerk's record no later than October 19, 2015.

/s/    CRAIG STODDART
        JUSTICE